UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KASSANDRA COAN,

    Plaintiff,

v.                                                      Case No. 8:23-cv-769-KKM-AEP

THOR MOTOR COACH, INC., and
EMERALD COAST RV CENTER, LLC,

    Defendants.
_____

**ORDER**

The Parties have notified the Court that they have settled this case. *See* Notice of Settlement (Doc. 18). Accordingly, the Court orders that this case is **DISMISSED without prejudice**. *See* Local Rule 3.09(b). Within **30 days** of this order, the parties may submit a stipulated judgment or move to reopen the action. *See id.*; FED. R. CIV. P. 59(e), 60(b). After that 30-day period, dismissal shall be **with prejudice**. The Clerk is directed to terminate any pending motions and deadlines, and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on May 17, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge